UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

RAFAEL CUMBERBATCH,

Defendant.

26-cr-00422 (JLR)

**SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that an initial appearance and arraignment will be held on **September 22, 2026 at 12:00 p.m.** in Courtroom 20B, of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: September 15, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge